IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01207-WDM-MJW

SUNGHOON KIM,

Plaintiff(s),

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Vacate Scheduling Conference and Set Briefing Schedule (docket no. 5) is GRANTED finding good cause shown.  The Rule 16 Scheduling Conference set on August 8, 2007, at 9:00 a.m. is VACATED.  The parties shall forthwith file with the court a joint motion to set briefing schedule and a proposed order with proposed dates for legal briefs to be filed.

Date:  August 6, 2007