IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01207-WDM-MJW

SUNGHOON KIM,

      Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

      Defendants.

---

## NOTICE OF DISMISSAL

---

      The court takes judicial notice that the parties have filed a Stipulated Motion to Dismiss all Claims With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint and this action are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

      DATED at Denver, Colorado, July 21, 2008

                        BY THE COURT:

                        s/ Walker D. Miller
                        United States District Judge

PDF FINAL